## Caroline Karle, Defendant in Error, v. R. G. Badeaux et al., Plaintiffs in Error.

### Gen. No. 19,506.   (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. FARLIN Q. BALL, Judge, presiding.   Heard in the Branch Appellate Court at the March term, 1913.   Affirmed.   Opinion filed March 10, 1914. Rehearing denied March 24, 1914.

### Statement of the Case.

Bill in equity by Caroline Karle against R. G. Badeaux, James N. Tilton and Christopher Strassheim to vacate an execution issued on a transcript of judgment from justice court and to cancel certificates of sale issued thereon.   From a decree for complainant, defendants Badeaux and Tilton bring error.

JAMES N. TILTON, for plaintiffs in error.

No appearance for defendant in error.

MR. JUSTICE CLARK delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1213*—*when appellant cannot complain of error not affecting him.*   On a bill in equity to vacate an execution issued on a transcript of judgment in justice court and to cancel the certificates of sale issued thereon, defendant cannot complain that the decree for complainant did not set off her homestead to her.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.